IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MURPHY INDUSTRIAL, INC. d/b/a INTERSTATE INDUSTRIAL SERVICES,  Plaintiff, | § § § § | |
| v. | § § | Civil Action No. 4:16-CV-03618 |
| ESSEX INSURANCE COMPANY and HECTOR ALDANA,  Defendants | § § § § | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Murphy Industrial, Inc. d/b/a Interstate Industrial Services submits this Agreed Stipulation of Dismissal without Prejudice of all claims and causes of action against Defendant Evanston Insurance Company, with the parties to bear their own costs, attorneys' fees and expenses.

WHEREFORE Plaintiff Murphy Industrial, Inc. d/b/a Interstate Industrial Services requests that all claims asserted in this lawsuit be dismissed without prejudice and that each party bear its own costs, attorneys' fees and expenses.

Respectfully submitted,

HAUN MENA PLLC

By: /s/Ryan K. Haun
   Ryan K. Haun
   State Bar No.  24055634
   Federal I.D. No.: 712457
   *Email: ryan@haunmena.com*

Haun Mena PLLC
3006 Brazos Street
Houston, Texas 77006
Phone:  713) 781-8600

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served upon the following counsel of record in accordance with the Federal Rules of Civil Procedure:

Christopher H. Avery
Thompson, Coe, Cousins & Irons, LLP
One Riverway, Suite 1400
Houston, Texas 77056

                                                s/Ryan K. Haun
                                                Ryan K. Haun