United States District Court
Southern District of Texas
**ENTERED**
January 22, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MURPHY INDUSTRIAL, INC.,                §
                                        §
         Plaintiff,                     §
VS.                                     §    CIVIL ACTION NO. 4:16-CV-3618
                                        §
ESSEX INSURANCE COMPANY                 §
HECTOR  ALDANA,                         §
                                        §
         Defendants.                    §
                                        §

## ORDER OF DISMISSAL

In accordance with the Stipulation of Dismissal, this action is DISMISSED without

prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**SIGNED** on this _20th_ day of January, 2019, at Houston, Texas.


**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**